GEORGE T. MAXWELL and CANTINE T. SCOVILLE, Appellants, v. LILA S. SCOVILLE, as Executrix, etc., and Others, Defendants, Impleaded with LILA FRANCES SCOVILLE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

FRANK J. McGOWAN, Respondent, v. P. BALLANTINE & SONS, Appellant. — Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict was against the weight of the evidence. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

MARY McLAUGHLIN, as Guardian ad Litem of MICHAEL EDWARD McLAUGHLIN, an Infant, Respondent, v. MAX KORNBLUM, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.

JOHN G. McNALLY, Respondent, v. SAMUEL APPEL COMPANY, Appellant. — The evidence amply justified the finding of negligence upon the part of the appellant. Plaintiff had the right, in a measure at least, to rely on the presumption that the driver of the automobile would obey the law and would not enter the prohibited zone within eight feet of the street car, and if the plaintiff had seen the approaching automobile he still could have relied on the presumption that it was slowing down with the intention of stopping in obedience to the law. (Code of Ordinances of the City of New York, chap. 24, art. 2, § 17, subd. 3; Crombie v. O'Brien, 178 App. Div. 807.) Judgment and order unanimously affirmed, with costs. Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.

THE MOTOR HAULAGE COMPANY, INC., Respondent, v. THE STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOHN MURPHY, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

NEW YORK LIFE INSURANCE COMPANY, Plaintiff, v. MARIE TUR and Others, Defendants. BERNARD DAVIS, Appellant; WILLIAM WILLS, as Receiver, Respondent.— Order affirmed on resubmission, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam and Kelly, JJ., concurred; Blackmar, J., dissented on the ground that, in the state of the proof, especially in view of the fact that the assignment was under seal, he thinks the court should not pass upon it without sending it to a referee to take further proof and report, with his opinion.